# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                     **PLAINTIFF**

**v.**                          **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                            **DEFENDANT**

## ORDER ADDING DEFENDANTS

After holding a hearing pursuant to *Spears v. McCotter,* 766 F.2d 179 (5th Cir. 1985), reviewing the plaintiff's complaint and supplemental documents liberally under *Haines v. Kerner*, 404 U.S. 519 (1972) – the court finds that the following defendants should be added in this case:

(1) Jail Administrator Brian Hall;

(2) Nurse Judy;

(3) Captain Partlow;

(4) Detention Officer Ross Thompson;

(5) Detention Officer Ray;

(6) Detention Officer Shift;

(7) Detention Officer Young;

(8) Detention Officer Penson;

(9) Lt. Putt;

(10) Ms. Freemon (mail handler);

(11) Detention Officer Joyce Bowers;

(12) Sheriff Johnson;

(13) C.F.N.P. James;

(14) Detention Officer Justin Posey.

The Clerk of the Court is **DIRECTED** to do so.

**SO ORDERED**, this, the 22nd day of June, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE