IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                                          **PLAINTIFF**

**v.**                                          **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                            **DEFENDANT**

### ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY

The plaintiff has filed a motion to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff was incarcerated in the Lee County Jail at the time of the events described in his complaint, but has since been released. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. As the defendants have only recently been served with process and have not yet answered, the plaintiff's request to conduct discovery is **DISMISSED** as premature.

**SO ORDERED**, this, the 13th day of July, 2021.

                                                                       /s/ David A. Sanders
                                                                       DAVID A. SANDERS
                                                                       UNITED STATES MAGISTRATE JUDGE