IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                         **PLAINTIFF**

**v.**                                                                     **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                              **DEFENDANT**

### ORDER *DISMISSING WITHOUT PREJUDICE* DEFENDANT DETENTION OFFICER ROSS THOMPSON FOR FAILURE TO EFFECT SERVICE OF PROCESS

The court directed the plaintiff in this case to provide the court with a valid address for defendant Detention Officer Ross Thompson so that the court could serve him with process. The plaintiff has not provided a valid address for this defendant, and the deadline for doing so expired on September 23, 2021. As such, defendant Detention Officer Ross Thompson is **DISMISSED** without prejudice from this case for failure to effect service of process.

**SO ORDERED**, this, the 25th day of October, 2021.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE