IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                                                                **PLAINTIFF**

**v.**                                                                                       **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                                              **DEFENDANT**

### ORDER REQUIRING PLAINTIFF TO PROVIDE
### VALID MAILING ADDRESS FOR DEFENDANTS

The court takes up, *sua sponte*, the matter of locating defendants Detention Officer Penson and Detention Officer Shift in this case to effect service of process. The United States Marshal Service has attempted service of process upon these defendants; however, process was returned unexecuted, as the defendants could not be found. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with a valid address for service of process upon defendants Detention Officer Penson and Detention Officer Shift. Failure to do so will result in the dismissal of these defendants for failure to effect service of process.

**SO ORDERED**, this, the 25th day of October, 2021.

                                                         /s/ David A. Sanders
                                                         DAVID A. SANDERS
                                                         UNITED STATES MAGISTRATE JUDGE