IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                            **PLAINTIFF**

**v.**                                                                                                      **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                                    **DEFENDANT**

**ORDER DISMISSING DEFENDANTS PENSON
AND SHIFT FOR FAILURE TO PROVIDE
VALID ADDRESS FOR SERVICE OF PROCESS**

On October 25, 2021, the court entered an order requiring the plaintiff, within 21 days, to provide valid mailing addresses for defendant detention officers Penson and Shift. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of these defendants without prejudice. The plaintiff has not provided the addresses, and the deadline to do so expired on November 19, 2021. Defendants Penson and Shift are therefore **DISMISSED** without prejudice from this case for failure to obtain valid addresses for service of process upon them.

**SO ORDERED**, this, the 17th day of March, 2022.

                                                            /s/ David A. Sanders
                                                            DAVID A. SANDERS
                                                            UNITED STATES MAGISTRATE JUDGE