IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                       **PLAINTIFF**

v.                                                                     No. 1:20CV176-DAS

**LEE COUNTY DETENTION CENTER JAIL**                            **DEFENDANT**

### ORDER DENYING PLAINTIFF'S
### MOTIONS [48], [52], [54], [59] FOR DISCOVERY

The plaintiff has filed several motions [48], [52], [54], [59] to conduct discovery in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. The plaintiff is currently incarcerated at the Federal Correctional Institution in Butner, North Carolina. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. As such, he is not entitled to conduct discovery at this time, and the motion is **DENIED**.

**SO ORDERED**, this, the 17th day of March, 2022.

                                                                   /s/ David A. Sanders
                                                                   DAVID A. SANDERS
                                                                   UNITED STATES MAGISTRATE JUDGE