IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                                              **PLAINTIFF**

**v.**                                       **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                                    **DEFENDANT**

**ORDER DENYING PLAINTIFF'S
MOTION [68] TO AMEND COMPLAINT**

This matter comes before the court on the motion [68] by the plaintiff to amend his complaint. The plaintiff styled the motion as "Pretrial Motions," but in the motion, itself, he alleges various prison conditions of confinement claims. A "court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)). Although not automatic, the decision to grant or deny such leave is within the sound discretion of the district court. *Bloom v. Bexar County, Texas*, 130 F.3d 722, 727 (5th Cir. 1997), *Halbert v. City of Sherman*, 33 F.3d 526, 529 (5th Cir. 1994). The motion [68] is not well taken and is **DENIED**, as the deadline for amending pleadings has expired.

**SO ORDERED**, this, the 21st day of March, 2022.

                                                                     /s/ David A. Sanders
                                                                     DAVID A. SANDERS
                                                                     UNITED STATES MAGISTRATE JUDGE