IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES CURRY, JR.**                                                               **PLAINTIFF**

**v.**                                   **No. 1:20CV176-DAS**

**LEE COUNTY DETENTION CENTER JAIL**                        **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [76] by the defendants for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendants in all respects. This case is **CLOSED**. In light of this ruling, the plaintiff's motions [53], [86], [89] for a status update, motion [65] to amend witness list, and motion [83] for pretrial summary are **DISMISSED** as moot.

     **SO ORDERED**, this, the 25th day of July, 2022.

                                                   /s/ David A. Sanders
                                                   DAVID A. SANDERS
                                                   UNITED STATES MAGISTRATE JUDGE